FILED
MAR 1 4 2008
Mar 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMFM Broadcasting, Inc., a Delaware Corporation, d/b/a Clear Channel<br><br>Plaintiff,<br><br>v.<br><br>Rebecca Osowiec, an Illinois resident, and Citadel Broadcasting Corporation, a Nevada Corporation.<br><br>Defendants. | Case No. 08 CV 1519<br><br>Honorable Judge James B. Zagel<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTIONS

TO:   Citadel Broadcasting Corporation          Rebecca Osowiec
      208 South LaSalle Street, Suite 814        12528 Anand Brook Drive
      Chicago, Illinois 60604                    Orland Park, IL 60467

**PLEASE TAKE NOTICE** that on _Monday_, March _17_ 2008, at _10:30_ a.m./p.m., or as soon thereafter as counsel may be heard, Plaintiff AMFM Broadcasting, Inc., by and through its attorneys, Seyfarth Shaw LLP, shall appear before the Honorable Judge James B. Zagel, in Courtroom 2503 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any judge sitting in his place and stead, and shall present the attached **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR LIMITED, EXPEDITED DISCOVERY AND TO PRESERVE EVIDENCE**, a copy of which is served upon you.

**DATED: March 14, 2008**           Respectfully submitted,

                                     AMFM BROADCASTING, INC.


                                     By: _/s/ Yvette A. Heintzelman_
                                           One of Its Attorneys

Yvette A. Heintzelman
Justin K. Beyer
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000


CH1 11435365.1

## CERTIFICATE OF SERVICE

I, Yvette A. Heintzelman, an attorney, hereby certify that a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF MOTIONS, MOTION FOR TEMPORARY RESTRAINING ORDER, AND MOTION FOR LIMITED, EXPEDITED DISCOVERY AND TO PRESERVE EVIDENCE was served upon the following via hand delivery on the 14th day of March, 2008:

> Citadel Broadcasting Corporation
> 208 South LaSalle Street, Suite 814
> Chicago, Illinois 60604
>
> Rebecca Osowiec
> 12528 Anand Brook Drive
> Orland Park, IL 60467

_/s/ Yvette A. Heintzelman_
Yvette A. Heintzelman

CH1 11435365.1