IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMFM Broadcasting, Inc., a Delaware Corporation, d/b/a Clear Channel<br><br>Plaintiff,<br><br>v.<br><br>Citadel Broadcasting Corporation, a Nevada Corporation, and Rebecca Osowiec, an Illinois resident,<br><br>Defendants. | Case No. 08 CV 1519<br><br>Honorable Judge James B. Zagel<br><br>Magistrate Judge Morton Denlow |

## TEMPORARY RESTRAINING ORDER

Plaintiff AMFM Broadcasting, Inc., doing business as Clear Channel (collectively "Clear Channel") having filed a Verified Complaint for Injunctive and Other Relief, and Emergency Motion for a Temporary Restraining Order and a Preliminary Injunction, all parties being given notice, and the Court having heard the arguments of counsel and otherwise being advised in the premises;

IT IS ORDERED that Plaintiff's Motion is granted as follows:

1.  That Defendants, along with their respective agents, employers, employees, attorneys and those persons in active concert or participation with them, be temporarily and preliminary enjoined from:

   (a) Violating, directly or indirectly, Rebecca Osowiec's Employment Agreement with Clear Channel Broadcasting, Inc., specifically the section relating to Osowiec's non-disclosure, non-competition, and non-solicitation agreement with Clear Channel;

   (b) Misappropriating or threatening to misappropriate Clear Channel's trade secrets and confidential information and that Defendants be specially required to return to Clear Channel all trade secrets and confidential information in their possession, including all copies thereof;

CH1 11433024.1

(c) Revealing or utilizing Clear Channel's proprietary information, trade secrets and confidential information;

(d) Soliciting or attempting to provide media advertising to Broadway In Chicago, Natural Hair Growth, Paramount Theatre, and other unknown customers.

2. That a hearing shall be held on Clear Channel's application for a preliminary injunction on  MARCH 25 , 2008 at  11 AM .

3. That bond shall be filed by Clear Channel in the sum of $ 10,000 .

4. That Clear Channel is granted leave to conduct expedited discovery, including depositions, limited to the issues raised in its Verified Complaint, and that Defendants are required to respond to written discovery within three (3) days of service.

5. This Order shall be effective until  March 27 , 2008 at  5:00 P.M. , and no longer without the further order of the Court.

_____
JUDGE

DATED: MAR 17 2008

**Prepared By:**
Yvette A. Heintzelman
Justin K. Beyer
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

-2-

CH1 11433024.1