IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMFM BROADCASTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-CV-1519 |
| | ) |
| CHICAGO FM RADIO ASSETS, LLC, | ) Hon. James B. Zagel |
| incorrectly captioned as | ) |
| CITADEL BROADCASTING CORPORATION | ) Magistrate Judge Morton Denlow |
| and REBECCA OSOWIEC | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CHICAGO FM RADIO ASSETS, LLC'S EMERGENCY MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, TO DISSOLVE THE EX PARTE TRO, AND TO CONTINUE THE DISCOVERY AND HEARING DATES PENDING RESOLUTION OF THIS MOTION**

Pursuant to the Federal Rules of Civil Procedure, Defendant Chicago FM Radio Assets, LLC ("Chicago FM"), respectfully moves this Court to dismiss plaintiff's complaint for lack of subject matter jurisdiction.  In the alternative, Chicago FM moves that this Court dissolve or modify the ex parte TRO entered on March 17, 2008 and to continue the discovery and hearing dates pending resolution of this emergency motion.  The reasons supporting the emergency motion are set forth in the attached Chicago FM's Memorandum in Support.

WHEREFORE, Defendant Chicago FM respectfully requests that Plaintiff's complaint be dismissed in its entirety for lack of subject matter jurisdiction. Pending the Court's decision on this Motion, Defendant Chicago FM respectfully requests that the deadline to respond to written discovery and the hearing on plaintiff's preliminary injunction motion be continued.  Additionally, should the Court find that subject matter jurisdiction has been established, Defendant Chicago FM respectfully requests that: 1) the March 17, 2008 *ex parte* TRO be dissolved because it was improperly granted; or 2) modified by striking subparagraphs (b) and (c).

                Respectfully submitted,

                CHICAGO FM RADIO ASSETS, LLC

                By: ____/s/ Susan M. Benton_____

Susan M. Benton
Sean Nash
Jason Frazer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
sbenton@winston.com
snash@winston.com
jfrazer@winston.com
312/558-5600

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Chicago FM Radio Assets, LLC., hereby certifies that a true and correct copy of the foregoing EMERGENCY MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, TO DISSOLVE THE TRO, AND TO CONTINUE THE DISCOVERY AND HEARING DATES was served via electronic filing on March 20, 2008 to**:**

Yvette A. Heintzelman<br>
Justin K. Beyer<br>
Seyfarth Shaw LLP<br>
131 South Dearborn Street<br>
Suite 2400<br>
Chicago, Illinois 60603

　　　　　　　　　　　　　　　　　　　　　　/s/ Sean Nash　　　　　
　　　　　　　　　　　　　　　　　　　　　Sean Nash

- 3 -

CHI:2065019.1