**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMFM BROADCASTING, INC., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   v. | ) Case No. 08-CV-1519 |
| | ) |
| CHICAGO FM RADIO ASSETS, LLC, | ) Hon. James B. Zagel |
| incorrectly captioned as | ) |
| CITADEL BROADCASTING CORPORATION | ) Magistrate Judge Morton Denlow |
| and REBECCA OSOWIEC | ) |
| | ) |
|       Defendants. | ) |

<u>**NOTICE OF EMERGENCY MOTION**</u>

TO:    Yvette A. Heintzelman
        Justin K. Beyer
        Seyfarth Shaw LLP
        131 South Dearborn Street
        Suite 2400
        Chicago, Illinois 60603

PLEASE TAKE NOTICE that on Friday, March 21, 2008 at 10:15 a.m., or as soon as the parties may be heard, Defendant CHICAGO FM RADIO ASSETS, LLC., by their attorneys, will appear before the Honorable Judge James B. Zagel, in Room 2503 at 219 South Dearborn Street, Chicago, Illinois and present the attached **Emergency Motion to Dismiss Complaint or, in the Alternative, to Dissolve the TRO, and to Continue the Discovery and Hearing Dat**es.

Respectfully submitted,

CHICAGO FM RADIO ASSETS, LLC

By: _____ /s/ Sean Nash_____

Susan M. Benton
Sean Nash
Jason Frazer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
sbenton@winston.com
snash@winston.com
jfrazer@winston.com
312/558-5600

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, one of the attorneys for Chicago FM Radio Assets, LLC., hereby certifies that a true and correct copy of the foregoing NOTICE OF EMERGENCY MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, TO DISSOLVE THE TRO, AND TO CONTINUE THE DISCOVERY AND HEARING DATES was served via electronic filing on March 20, 2008 to**:**

Yvette A. Heintzelman
Justin K. Beyer
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603


_____/s/ Sean Nash_____
Sean Nash