U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08 CV 1519
AMFM BROADCASTING, INC. d/b/a CLEAR CHANNEL
V.
CITADEL BROADCASTING CORPORATION & REBECCA OSOWIEC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMFM BROADCASTING, INC. d/b/a CLEAR CHANNEL

| | |
|---|---|
| NAME (Type or print) <br> CHRISTOPHER A. GARCIA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ CHRISTOPHER A. GARCIA | |
| FIRM <br> SEYFARTH SHAW LLP | |
| STREET ADDRESS <br> 131 SOUTH DEARBORN, SUITE 2400 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6220316 | TELEPHONE NUMBER <br> 312-460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |