IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMFM Broadcasting, Inc., a Delaware Corporation, d/b/a Clear Channel<br><br>Plaintiff,<br><br>v.<br><br>Rebecca Osowiec, an Illinois resident, and Citadel Broadcasting Corporation, a Nevada Corporation.<br><br>Defendants. | Case No. 08 CV 1519<br><br>Honorable Judge James B. Zagel<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF FILING

TO: Susan M. Benton            Rebecca Osowiec
    Sean Nash                  12528 Anand Brook Drive
    Winston & Strawn LLP       Orland Park, IL 60467
    35 West Wacker Drive
    Chicago, IL 60601

**PLEASE TAKE NOTICE** that on Monday, March 24, 2008, we filed with the above court PLAINTIFF AMFM BROADCASTING, INC.'S RESPONSE IN OPPOSITION TO CHICAGO FM RADIO ASSETS, LLC'S EMERGENCY MOTION TO DISMISS, a copy of which is served upon you.

**DATED: March 24, 2008**                Respectfully submitted,

                                          AMFM BROADCASTING, INC.


                                          By: _____/s/ Christopher a. Garcia_____
                                                    One of Its Attorneys

Christopher A. Garcia
Yvette A. Heintzelman
Justin K. Beyer
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11443390.1

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for AMFM Broadcasting, Inc., hereby certifies that a true and correct copy of the foregoing RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS was served via electronic filing to Winston & Strawn and U. S. Mail to Rebecca Osowiec on March 24, 2008:

>Susan M. Benton
>Sean Nash
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, Illinois 60601
>
>Rebecca Osowiec
>12528 Anand Brook Drive
>Orland Park, IL  60467
>
>    _/s/ Christopher A. Garcia_
>    Christopher A. Garcia

CH1 11443390.1