# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

AMFM Broadcasting, Inc.

                        Plaintiff,

v.                                              Case No.: 1:08−cv−01519
                                                         Honorable James B. Zagel

Rebecca Osowiec, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2008:

      MINUTE entry before Judge Honorable James B. Zagel:Set deadlines/hearing as to motion to dismiss, motion for miscellaneous relief, and motion to continue [16] : Response due by 3/24/2008. Reply due by 3/25/2008. Motion [16] hearing set for 3/27/2008 at 10:30 AM by agreement of the parties.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.