United States District Court
Northern District of Illinois

**AMFM BROADCASTING, INC.,**  CASE NO. 08-CV-1519

    **VS.**

**REBECCA OSOWIEC, et al,**

# C I V I L  B O N D

**26**