IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMFM Broadcasting, Inc., a Delaware Corporation, d/b/a Clear Channel <br><br> Plaintiff, <br><br> v. <br><br> Rebecca Osowiec, an Illinois resident, and Citadel Broadcasting Corporation, a Nevada Corporation. <br><br> Defendants. | Case No. 08 CV 1519 <br><br> Honorable Judge James B. Zagel <br><br> Magistrate Judge Morton Denlow |

## PLAINTIFF'S DEMAND FOR A JURY TRIAL

Plaintiff AMFM Broadcasting, Inc. d/b/a Clear Channel hereby demands a trial by a jury.

**DATED: April 21, 2008**          Respectfully submitted,

AMFM BROADCASTING, INC.


By:    /s/ Yvette Heintzelman
              One of Its Attorneys


Yvette A. Heintzelman
Christopher Garcia
Justin K. Beyer
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11462989.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that he caused a true and correct copy of **PLAINTIFF'S DEMAND FOR A JURY TRIAL** to be sent to the undersigned by filing by electronic means through the Court's CM/ECF system this 21st day of April, 2008:

Sue Benton
Sean Nash
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
snash@winston.com

/s/ Yvette Heintzelman

CH1 11462989.1