IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMFM Broadcasting, Inc., a Delaware Corporation, d/b/a Clear Channel<br><br>Plaintiff,<br><br>v.<br><br>Chicago FM Radio Assets, LLC, incorrectly captioned as Citadel Broadcasting Corporation, a Nevada Corporation, and Rebecca Osowiec, an Illinois resident,<br><br>Defendants. | Case No. 08 CV 1519<br><br>Honorable Judge James B. Zagel<br><br>Magistrate Judge Morton Denlow |

## AGREED ORDER

Plaintiff AMFM Broadcasting, Inc. and Defendant Chicago FM Radio Assets, LLC, coming before the Court on their Agreed Order, the Court being advised in the premises, it is hereby ordered:

1.   Plaintiff AMFM Broadcasting, Inc.'s expedited discovery is entered and continued.

2.   Plaintiff AMFM Broadcasting, Inc. is granted until March 24, 2008 to file its response to Defendant Citadel Broadcasting Corporation's motion.

3.   Defendant Chicago FM Radio Assets, LLC is granted until March 25, 2008 to file its reply.

4.   Hearing on Defendant Chicago FM Radio Assets, LLC's motion is continued until March 27, 2008 at 10:30 a.m.

5.   Plaintiff AMFM Broadcasting, Inc.'s preliminary injunction hearing is entered and continued for status on March 27, 2008.

_____
JUDGE

DATED: 20 March 2008