IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMFM Broadcasting, Inc., a Delaware Corporation, d/b/a Clear Channel<br><br>Plaintiff,<br><br>v.<br><br>Rebecca Osowiec, an Illinois resident, and Citadel Broadcasting Corporation, a Nevada Corporation.<br><br>Defendants. | Case No. 08 CV 1519<br><br>Honorable Judge James B. Zagel<br><br>Magistrate Judge Morton Denlow<br><br>Jury Trial Demanded |

### NOTICE OF MOTION

TO:   Sue Benton
      Sean Nash
      Winston & Strawn LLP
      35 West Wacker Drive
      Chicago, Illinois 60601

PLEASE TAKE NOTICE that on Friday, May 2, 2008, at 10:00 a.m., Plaintiff AMFM Broadcasting Inc. d/b/a Clear Channel shall appear before Judge Zagel in Courtroom 2503 of the Federal Dirksen Building, 219 North Dearborn, Chicago, Illinois and will present its Motion to Compel Responses to Discovery, a true and correct copy of which was served on you via regular mail and the Court's electronic noticing system on this 30th day of April, 2008.

CH1 11470296.1

**DATED: April 30, 2008**               Respectfully submitted,

                                        AMFM BROADCASTING, INC.


                                        By: /s/Yvette A. Heintzelman
                                            One of Its Attorneys


Yvette A. Heintzelman
Christopher A. Garcia
Justin K. Beyer
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11470296.1