**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

AMFM Broadcasting, Inc.
                                   Plaintiff,

v.                                        Case No.: 1:08–cv–01519
                                                   Honorable James B. Zagel

Rebecca Osowiec, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2008:

       MINUTE entry before Judge Honorable James B. Zagel:Status hearing held on 5/2/2008. Motion to compel [37] is denied without prejudice for the reasons stated in open court. Discovery production schedule due on or by 5/9/2008. Status hearing set for 5/9/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.