IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMFM Broadcasting, Inc., a Delaware Corporation, d/b/a Clear Channel,<br><br>        Plaintiff,<br><br>v.<br><br>Rebecca Osowiec, an Illinois resident, and Citadel Broadcasting Corporation, a Nevada Corporation.<br><br>        Defendants. | Case No. 08 CV 1519<br><br>Honorable Judge James B. Zagel<br><br>Magistrate Judge Morton Denlow<br><br>Jury Trial Demanded |

## NOTICE OF MOTION

TO: Sue Benton
Sean Nash
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on May 22, 2008, at 10:00 a.m., Plaintiff AMFM Broadcasting Inc. d/b/a Clear Channel shall appear before Judge Zagel in Courtroom 2503 of the Federal Dirksen Building, 219 North Dearborn, Chicago, Illinois and will present its Motion to Compel Responses to Discovery, a true and correct copy of which was served on you via the Court's electronic noticing system on this 20th day of May, 2008.

CH1 11470296.2

**DATED: May 20, 2008**                    Respectfully submitted,

AMFM BROADCASTING, INC.


By: /s/Yvette A. Heintzelman
One of Its Attorneys

Yvette A. Heintzelman
Christopher A. Garcia
Justin K. Beyer
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

-2-

CH1 11470296.2