IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMFM Broadcasting, Inc., a Delaware Corporation, d/b/a Clear Channel<br><br>Plaintiff,<br><br>v.<br><br>Rebecca Osowiec, an Illinois resident, and Citadel Broadcasting Corporation, a Nevada Corporation.<br><br>Defendants. | Case No. 08 CV 1519<br><br>Honorable Judge James B. Zagel<br><br>Magistrate Judge Morton Denlow |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, AMFM Broadcasting, Inc., by their attorneys, Seyfarth Shaw LLP, and Rebecca Osowiec and Citadel Broadcasting Corporation, by their attorneys, Winston & Strawn LLP, hereby jointly stipulate to the dismissal of this case with prejudice and without fees or costs and move for an Order entering this Stipulation of Dismissal with Prejudice.

_____

Counsel for AMFM Broadcasting, Inc.
Christopher A. Garcia, Esq.
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Firm No. 90747

Respectfully submitted,

_____

Counsel for Citadel Broadcasting
Corporation and Rebecca Osowiec
Susan M. Benton
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601

CHI:2092927.2